

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00222-CR

Jacob Cory **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8528A
Honorable Pat Priest, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due January 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court